KEVIN G. McCURDY (SBN 115083)
JESSICA L. MEEKS (SBN 203689)
McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| DANIEL F. LAWRENCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO.: CV 04-05202 VRW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DISCOVERY CUT-OFF |

　　　　Pursuant to Local Rule 6-2 and 7-12, plaintiff Daniel F. Lawrence and defendant Liberty Mutual Fire Insurance Company hereby submit this stipulated request for an order changing the time for the discovery cut-off from October 14, 2005 to December 14, 2005 based on the following declaration:

　　　　1.　　This request for enlargement of time for discovery cut-off is made in order to afford the parties the opportunity to mediate this action. The parties have put off some discovery in order to see if informal resolution of this matter is possible. Mediation is set for October 3, 2005. If the action does not get resolved, the parties will need additional time to complete discovery.

- 1 -

13485

2. The parties have not requested any previous time modifications in this case.

3. The parties do not believe that the requested time modification will affect the schedule for the rest of the case.

IT IS SO STIPULATED.

Dated: August 17, 2005                     WILLIAMS, WESTER & HALL, LLP

*/s/ Barry Wester*
BARRY WESTER
MATTHEW BREKHUS
Attorneys for Plaintiff
Daniel F. Lawrence

Dated: August 10, 2005                     McCURDY & FULLER LLP

*/s/ Jessica L. Meeks*
JESSICA L. MEEKS
Attorneys for Defendant
Liberty Mutual Fire Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __, 2005

Chief Judge Vaughn R. Walker

13485
- 2 -

**PROOF OF SERVICE**
*Daniel F. Lawrence v. Liberty Mutual Fire Insurance Company*
**UNITED STATES DISTRICT COURT-NORTHERN DISTRICT**
**CASE NO..: C 04-05202 VRW**

I am a citizen of the United States. My business address is 1080 Marsh Road, Suite 110, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DISCOVERY CUT-OFF**

Addressed to the following recipients:

Barry Wester, Esq.
Matthew Brekhus, Esq.
Williams, Wester & Hall, LLP
755 Baywood Drive, Suite 185
Petaluma, CA 94954
*(Counsel for plaintiff)*

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices of the addressee by 5:00 p.m.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 18, 2005 at Menlo Park, California

*/s/ Danielle Torres*
Danielle Torres

13673

- 1 -
**PROOF OF SERVICE**